```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 09 B 01610
   JOSEPH P CIHLAR
   JENNIFER S CIHLAR                              CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-6507      SSN XXX-XX-8064

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/21/09 .

   2.  The case was converted to Chapter 7 without confirmation, 03/16/2009.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAN HOME MTGE         CURRENT MORTG         .00             .00            .00
AMERICAN HOME MTGE         MORTGAGE ARRE   NOT FILED             .00            .00
BECKET & LEE LLP           UNSECURED       NOT FILED             .00            .00
AT&T WIRELESS              UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
FIA CARD SERVICES          UNSECURED       NOT FILED             .00            .00
BANK ONE/JPM CHASE         UNSECURED       NOT FILED             .00            .00
BANK ONE/JPM CHASE         UNSECURED       NOT FILED             .00            .00
HSBC                       UNSECURED       NOT FILED             .00            .00
HSBC                       UNSECURED       NOT FILED             .00            .00
BANK ONE/JPM CHASE         UNSECURED       NOT FILED             .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED             .00            .00
NICOR GAS                  UNSECURED       NOT FILED             .00            .00
NICOR GAS                  UNSECURED       NOT FILED             .00            .00
TARGET                     UNSECURED       NOT FILED             .00            .00
US BANK                    UNSECURED       NOT FILED             .00            .00
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID

         Summary of disbursements:
------------------------------------------------------------------------------
                SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00          .00          .00           .00
PRINCIPAL PAID        .00        .00          .00          .00           .00
INTEREST PAID         .00        .00          .00          .00           .00
TOTAL PAID            .00        .00          .00          .00           .00
The Debtor's attorney, JOHN J LYNCH                 , was allowed $      .00
and was paid $        .00 .
```

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/31/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                           PAGE   2
        CASE NO. 09 B 01610 JOSEPH P CIHLAR & JENNIFER S CIHLAR